IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN JULIA SANTA MILANO

XXX-XX-6810

Debtor(s)

CASE NO. 11-00184 ESL

Chapter 13

FILED & ENTERED ON 05/23/2011

O R D E R

Trustee's objection to claim #4-1 filed by CITIMORTGAGE (docket entry #20), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 23 day of May, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
CITIMORTGAGE
CLAIMS REGISTER